# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEBER 24, 2015

## NO. 03-15-00422-CV

**Shakeel Mustafa, Appellant**

**v.**

**Felix Rippy, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD DISMISSED FOR WANT OF JURISDICTION ON MOTION FOR REHEARING -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on June 19, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. We therefore order that appellant's motion for rehearing is dismissed as moot; that the opinion and judgment dated August 21, 2015, are withdrawn; and dismiss the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.